UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA (Rural Development)<br><br>    Plaintiff<br><br>        v.<br><br>FELIPE RIVERA RIVERA, MARIA EUGENIA BERRIOS BERRIOS, and the conjugal partnership constituted by both<br><br>    Defendant | CIVIL NO. 97-2457(DRD)<br><br>FORECLOSURE OF MORTGAGE |

<u>MOTION TO SET ASIDE SALE</u>

TO THE HONORABLE COURT:

    COMES NOW the United States of America, through its undersigned attorneys, and most respectfully notifies this Honorable Court as follows:

    1.  In the instant case, a public sale has been set by the Marshal of this Court to be held on February 8, 2005 at 11:00 AM

    2.  That today we have learned that defendants filed Bankruptcy proceedings under Chapter 13, case number B05-01019 (GAC).

    **WHEREFORE**, the United States of America, respectfully requests that the judicial sales scheduled for February 8, 15, and 22, 2005, be stayed and set aside and the U.S. Marshal be notified of this Honorable Court's Order.

    I hereby certify that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system

USA v. Felipe Rivera Rivera, et al
Civil No. 972457 (DRD)
Page 2

and copy sent by regular mail to the following non CM/ECF participants: Felipe Rivera Rivera and María Berrios Berrios, HC 03 Box 7825 BO Palo Hincado, Barranquitas, Puerto Rico 00794 and Victor Thomas Santiago, Esq. 151 de Diego Ave. Suite B, San Juan Puerto Rico 00911.

At San Juan, Puerto Rico, this 10th day of February, 2005.

H.S. GARCIA
United States Attorney

S/REBECCA VARGAS VERA
REBECCA VARGAS VERA
U.S.D.C. No.203307
Assistant U. S. Attorney
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Tel. 766-5656
Fax  766-6219