U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See instructions for "Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| **UNITED STATES OF AMERICA** | **CIVIL NO. 97-2457(DRD)** |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| **FELIPE RIVERA RIVERA, ET AL** | **NOTICE OF SALE** |

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**SERVE AT** {
**CLERK, U.S. DISTRICT COURT**

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

**SAN JUAN, PR**

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

```
REBECCA VARGAS VERA
Assistant U.S. Attorney
Torre Chardón, Suite 1201
350 Carlos E. Chardón Street
Hato Rey, PR    00918
Attn: Foreclosure Unit/GGB/RLP
Claim No. 2003v00318
```

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

**PLEASE INITIAL NOTICE OF SALE AND HOLD PENDING SALE. SERVE ONE COPY TO CLERK, U.S. COURT AND TWO TO OUR OFFICE.**

| Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|
| REBECCA VARGAS VERA | (787) 766-5656 | 12/21/04 |

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 69 | No. 69 | R.S. | 12-22-04 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date: 1-3-05    Time: 4:00 ☐ am ☑ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $20.00 | | | $20.00 | | |

REMARKS:

ISSUED NOTICE OF SALE, COPY
ATTACHED HERETO TO FILE
WITH CLERK, RETURNED TWO
COPIES TO REQUESTOR.

| PRIOR EDITIONS MAY BE USED | **PRINT 5 COPIES:** 1. CLERK OF THE COURT 2. USMS RECORD 3. NOTICE OF SERVICE 4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal. 5. ACKNOWLEDGMENT OF RECEIPT | FORM USM-285 Rev. 12/15/80 Automated 01/00 |
|---|---|---|