UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, (Rural Development)<br><br>    Plaintiff<br><br>       v.<br>FELIPE RIVERA RIVERA, MARIA EUGENIA BERRIOS BERRIOS, and the conjugal partnership constituted by both<br><br>    Defendant | CIVIL NO. 97-2457 (DRD)<br><br>FORECLOSURE OF MORTGAGE |

MOTION TO CLOSE FILE FOR ANY
ADMINISTRATIVE PURPOSE

TO THE HONORABLE COURT:

    COMES NOW plaintiff, United States of America, through its undersigned attorneys, and alleges and prays as follows:

    1.  The debtors filed bankruptcy and thereafter, on May 31, 2005, this Honorable Court ordered the United States to advise the Court, every sixty (60) days, as to the status of the bankruptcy proceedings and as to the potential of lifting the automatic stay.

    2.  In view of the bankruptcy proceedings and since this Court has already issued a Judgment, it is the Government's position that the execution of said judgment is not warranted at this point in time; and further, that the plaintiff has no objection that this Honorable Court closes this file for any administrative purpose.

    WHEREFORE, the United States of America respectfully requests

U.S.A. vs. Felipe Rivera Rivera et al.
Civil No. 97-2457 (HL)
Page 2

this Honorable Court to take notice of the above and to close this file for any administrative purpose.

    RESPECTFULLY SUBMITTED.

    In San Juan, Puerto Rico, this 13th day of June, 2005.

                                   H.S. GARCIA
                                   United States Attorney

                                 S/<u>REBECCA VARGAS VERA</u>
                                 REBECCA VARGAS VERA
                                 Assistant U.S. Attorney
                                 U.S.D.C. No. 203307
                                 Torre Chardón, Suite 1201
                                 350 Carlos Chardón Street
                                 San Juan, Puerto Rico  00918
                                 Tel. (787) 766-5656
                                 Fax (787) 766-6219